# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID FAKHOURY et al.,<br><br>        Plaintiffs,<br>    v.<br><br>AMCO INSURANCE CO. et al.,<br><br>        Defendants, | Case No. 2:12-cv-3914-ODW(FMOx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT CONFERENCE** |

The parties are hereby **ORDERED TO SHOW CAUSE** why they have not conducted their mandatory settlement conference by February 25, 2013.

On August 7, 2012, the Court ordered the parties to conduct their settlement conference by February 25, 2013; and the parties selected Settlement Procedure No. 3—outside ADR. (ECF No. 30; Rule 26(f) Report 7–8.)

The Court notes that in the Rule 26(f) Report, Defendants proposed that a settlement conference not occur "before Defendants' Motion for Summary Judgment has been heard and ruled upon by the Court." (*Id.* at 8.) It could be for this reason that the parties have yet to conduct a settlement conference.

But the Court never granted that proposal. And unless exempted by the Court, the settlement conference is mandatory. L.R. 16-15.1 The parties have a choice of settlement procedure, but no choice in whether to do it or the timing of it—it must be conducted prior to the date specified by the Court. If Defendants wanted an opportunity for their summary-judgment motion to be heard and ruled on prior to a

settlement conference, they should have filed the motion early, instead of setting it on the motion cut-off date.

Therefore, the parties are hereby **ORDERED TO SHOW CAUSE** why all attorneys of record in this case should not be each sanctioned $1,000 for ignoring the Court's order. A written, joint response is due by February 26, 2013. No hearing will be held on this matter. Failure to timely respond may result in additional sanctions, including dismissal or entry of default.

This Order to Show Cause will be discharged upon receipt of a status report indicating that a settlement conference has been scheduled, for no later than March 15, 2013. The Court will not rule on the pending summary-judgment motion until the settlement conference has been conducted.

**IT IS SO ORDERED.**

February 22, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**